UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRED ALSTON, as trustee oif THE LOCAL 272 LABOR MANAGEMENT FUNDL FRED ALSTON, as a trustee of THE LOCAL 272 WELFARE FUND  Plaintiff,<br><br>-v-<br><br>WALL STREET GARAGE PARKING CORP.<br><br>Defendant. | Case No. 08civ1231(RMB)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

WALL STREET GARAGE PARKING CORP.        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** APRIL 1, 2008

Signature of Attorney

**Attorney Bar Code:** MB-3212

Form Rule7_1.pdf  SDNY Web 10/2007